UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNIVERSITY OF SOUTH FLORIDA
RESEARCH FOUNDATION, INC.,

       Plaintiff,

v.                                            Case No. 8:16-cv-3109-T-33AAS

BRIT SYSTEMS, INC.,

       Defendant.
_____/

## ORDER

This cause is before the Court pursuant to Plaintiff University of South Florida Research Foundation, Inc.'s Unopposed Motion to Transfer (Doc. # 34) and the parties' Joint Motion for Continuance of Case Management Hearing (Doc. # 35), both filed on February 14, 2017. The Court grants the Motions.

In the Unopposed Motion to Transfer, Plaintiff requests an Order transferring this action to Judge Scriven, who is currently presiding over a previously-filed, related action: *University of South Florida Research Foundation, Inc. v. Fujifilm Medical Systems U.S.A., Inc.*, Case No. 8:16-cv-1194-MSS-TGW.

Upon consideration of Local Rule 1.04(b), M.D. Fla., concerning "transfer of related cases before two or more judges" and Local Rule 1.03(d), M.D. Fla., which states, "The judge to whom any case is assigned may, at any time, reassign the case to

any other consenting judge for any limited purpose or for all further purposes," this matter is hereby transferred, with her consent, to the Honorable Mary S. Scriven, United States District Judge.  Because the Court grants the Motion to Transfer, the Case Management Hearing scheduled for February 15, 2017, with Judge Covington is cancelled.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiff's Unopposed Motion to Transfer Case (Doc. # 34) is **GRANTED**.

(2) This case is hereby reassigned to the Honorable Mary S. Scriven, United States District Judge, with her consent, to conduct all further proceedings.

(3) The Joint Motion for Continuance of Case Management Hearing (Doc. # 35) is granted to the extent that the Case Management Hearing scheduled before Judge Covington on February 15, 2017, is hereby cancelled.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>14th</u> day of February, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE