## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

UNIVERSITY OF SOUTH FLORIDA
RESEARCH FOUNDATION, INC.,

                Plaintiff,

                               Case No. 3:18-CV-0250-K

vs.

BRIT SYSTEMS, INC.,

                Defendant.

_____/

## JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT

This document comprises the Joint Claim Constructions and Pre-Hearing Statement pursuant to Rule 4-3 of the Amended Miscellaneous Order No. 62 and the Court's Scheduling Order (Dkt. No. 101).

### I.   Claim Terms Not In Dispute

The parties have not reached an agreement on the construction of any of the disputed claim terms.

### II.   Proposed Constructions

#### A.   Disputed Claim Terms That Are Not Subject to 35 U.S.C. §112(6)

Appendix A sets forth the eleven (11) claim terms or phrases of the patent-in-suit (U.S. No. 6,650,937) that are in dispute between the parties, with the parties positions indicated. In addition, this exhibit sets forth all references from the specification or prosecution history that support each party's construction, and identifies any extrinsic evidence known to each party on which each party intends to rely, either to support its proposed construction of the claim term or to oppose the other party's proposed construction of the claim term.

**B.      Disputed Claim Terms That Are Subject to 35 U.S.C. §112(6)**

Appendix B sets forth the ten (10) claim terms or phrases of the '937 Patent that Defendant contends (and Plaintiff disputes) are subject to 35 U.S.C. §112(6), with the parties positions indicated.

## III.    Claim Construction Hearing Length

Plaintiff requests an evidentiary hearing as well as oral argument and believes that the hearing can be conducted in one day.

Defendant does not believe that an evidentiary hearing or oral argument is necessary.  To the extent that the Court permits oral argument and/or an evidentiary hearing, Defendant believes that three hours would be sufficient, with each side getting ninety minutes.

## IV.    Witnesses, Including Experts, for the Claim Construction Hearing

If there is an evidentiary hearing, Plaintiff will call Dr. Ehsan Samei as a POSA and an expert at the claim construction hearing and will testify as a fact and expert witness.  He is a Professor at Duke University and Head of Radiology/Medical Physics at the Duke Medical School. He will present testimony on the technology underlying the patent-in-suit and the meaning of the disputed terms to those skilled in the art.  He is expected to testify that all of the disputed terms at issue have either common and ordinary meanings to persons of ordinary skill in the art ("POSAs"), or have clear support and meanings as understood by POSAs based on the specification and contents of the patent-in-suit.

Plaintiff will also call Mr. Joe McAlexander as both a fact witness and expert at the claim construction hearing to present testimony concerning the disputed terms and in particular those disputed relative to 35.U.S.C. §112(6).  He is both a POSA and an expert in the technologies related to the patent-in-suit.  He will testify that none of the disputed terms are indefinite to persons skilled in the art, and that some of them are not subject to §112(6) in the first place.  He also will testify that the disputed means-plus-function terms are all supported by structures, materials or

2

acts set forth in the specification of the '937 patent based on the understanding of persons skilled in the art.

To date, Plaintiff has not disclosed its expert testimony to Defendant other than at the very high level set forth above.  To the extent that the Court conducts a hearing, Defendant does not believe that live expert testimony is necessary or appropriate for that hearing. Defendant reserves the right to identify and present rebuttal expert testimony to the extent that Plaintiff is permitted to present live expert testimony at any claim construction hearing.  To the extent that the Court decides that a hearing is warranted and that Plaintiff's experts should be permitted to testify at any such hearing, Defendant will also cross examine those experts.

## VI.    Other Issues For PreHearing Conference

The parties agree they do not have any other issues at this time that need to be taken up at a pre-hearing conference prior to the Claim Construction Hearing.

Dated:  July 16, 2018                              Respectfully Submitted,


/s/Jonathan R. Patton                              /s/John M. Jackson
John A. Artz (Admitted Pro Hac Vice)               Robert P. Latham
Michigan Bar No: P24679                            Texas State Bar No. 11975500
John S. Artz (Admitted Pro Hac Vice)               John M. Jackson
Michigan Bar No:  P48578)                          Texas Bar No. 24002340
Franklin M. Smith (Admitted Pro Hac Vice)          Sara K. Borrelli
Michigan Bar No:  P76987                           Texas State Bar No. 24037705
DICKINSON WRIGHT PLLC                              blatham@jw.com
2600 W. Big Beaver Rd., Suite 300                  jjackson@jw.com
Troy, Michigan 48084                               sborrelli@jw.com
(248) 433-7200                                     JACKSON WALKER, LLP
(844) 670-6009 - Fax                               2323 Ross Avenue, Suite 600
jartzsr@dickinsonwright.com                        Dallas, TX 75201
jsartz@dickinsonwright.com                         (214) 953-6000
fsmith@dickinsonwright.com

                                                   *COUNSEL FOR DEFENDANT*

Jeffrey M. Tillotson
Texas Bar No. 20039200
Jonathan R. Patton
Texas Bar No. 24088198
TILLOTSON LAW
750 N. Saint Paul, Suite 600
Dallas, TX 75201
(214) 382-3041 Telephone
(214) 501-0731 Facsimile

*COUNSEL FOR PLAINTIFF*

**APPENDIX A**

| No. | Claims | Claim Term or Phrase | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Plaintiff's Extrinsic and Intrinsic Evidence | Defendant's Extrinsic and Intrinsic Evidence |
|---|---|---|---|---|---|---|
| 1 | 1, 2, 3 | system for providing an interface/system for interfacing | Plain and ordinary meaning:  a computer system | System that facilitates interaction, communication or exchange of information between different components | Declarations and Testimony of Dr. Ehsan Samei and Joe McAlexander<br><br>Abstract<br><br>3: 12-14<br><br>3: 28-50<br><br><br>3: 61 to 4: 8<br><br>4: 34-35 | The New IEEE Standard Dictionary of Electrical and Electronics Terms, 5th ed. (1993) at 666-667<br><br>Webster's Ninth New Collegiate Dictionary (1984) at 631<br><br>U.S. Patent No. 6,630,937 ("937 Patent") at Abstract, 1:26-30, 1:62-2:8, 2:45-56, 3:12-17, 4:48-52, 4:60-62, 6:55-59, 7:40-51<br><br>U.S. Patent App. No. 10/081,135, Office Action Response Received Feb. 11, 2003 ("Response"), USF-0000159-172 at USF-0000165 |

| No. | Claims | Claim Term or Phrase | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Plaintiff's Extrinsic and Intrinsic Evidence | Defendant's Extrinsic and Intrinsic Evidence |
|---|---|---|---|---|---|---|
| 2 | 1, 2, 17 | digitized mammogram/digitized mammography image | Common and ordinary meaning, digital image presentations of a human breast | Image or images of a patient's breast or breasts that have been produced by digitizing film or films of the breast image(s) | Declarations and Testimony of Dr. Ehsan Samei and Joe McAlexander<br><br>1: 26-30<br><br>1: 33<br><br>1: 38<br><br>TITLE<br><br>2: 13-30<br><br>2: 51-56<br><br>3: 22-26<br><br>FIGS 4-13 | Am. Heritage College Dictionary 4th ed. (2007) at 396<br><br>The Authoritative Dictionary of IEEE Standards Terms, 7th ed. (2000) at 308<br><br>McGraw-Hill Dictionary of Scientific and Technical Terms, 6th ed. (2003) at 607<br><br>Webster's New World Dictionary of Computer Terms, 7th ed. (1999) at 156<br><br>Wiley Electrical and Electronics Engineering Dictionary (2004) at 193<br><br>Am. Heritage College Dictionary 4th ed. (2007) at 838 |

| No. | Claims | Claim Term or Phrase | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Plaintiff's Extrinsic and Intrinsic Evidence | Defendant's Extrinsic and Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | | | 937 Patent at 1:26-30, 2:13-20, 2:51-56, 4:9-26, 4:36-46<br><br>Response at USF-0000165 |
| 3 | 1, 2, 3, 13, 14, 17 | greyscale values/grayscale values | Common and ordinary meaning: digital image luminance values corresponding to shades of grey from black to white | Numerical values representing a range of grays between white and black | Declarations and Testimony of Dr. Ehsan Samei and Joe McAlexander<br><br>2: 17-20<br>FIG 3, Step 308<br>FIGS 4-8<br>5: 39-51 | The Authoritative Dictionary of IEEE Standards Terms, 7th ed. (2000) at 488<br><br>McGraw-Hill Dictionary of Scientific and Technical Terms, 6th ed. (2003) at 926<br><br>Webster's New World Dictionary of Computer Terms, 7th ed. (1999) at 232<br><br>Wiley Electrical and Electronics Engineering Dictionary (2004) at 321<br><br>937 Patent at FIG. 3, FIG. 5, 2:22-27, 4:9- |

| No. | Claims | Claim Term or Phrase | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Plaintiff's Extrinsic and Intrinsic Evidence | Defendant's Extrinsic and Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | | | 26, 4:36-46, 5:39-51, 5:54-64<br><br>Response at USF-000165 |
| 4 | 1, 2 | optical densities | Common and ordinary meaning: the degree of transparency of an analog image displayed on a viewbox (aka a "light box") | Numerical values representing the degree of blackness, or inability of light to pass through, a film image | Declarations and Testimony of Dr. Ehsan Samei and Joe McAlexander<br><br>1: 65-67<br><br>4: 9-26<br><br>4: 36-46<br><br>4: 48-50 | McGraw-Hill Dictionary of Scientific and Technical Terms, 6th ed. (2003) at 1482<br><br>Wiley Electrical and Electronics Engineering Dictionary (2004) at 534<br><br>937 Patent at 4:9-26, 4:36-46 |
| 5 | 1, 3,17 | plurality of varying-resolution forms, each form having [different/a different set of] greyscale values | Multiple versions of the same image generated and displayed concurrently on different windows of a display monitor or monitors, each version having a different set of greyscale values and different resolution formats | Indefinite<br><br>If the Court elects to construe this term:<br><br>Multiple versions of the same image generated and displayed concurrently on different windows of a display screen, each image | Declarations and Testimony of Dr. Ehsan Samei and Joe McAlexander<br><br>2: 13-30<br><br>2: 51-56<br><br>FIGS 4-13<br><br>FIG 3, Step 308<br><br>5: 38-51 | There is no evidence supporting a clear and unambiguous construction of this term.  In support of its position, BRIT cites to:<br><br>Am. Heritage College Dictionary 4th ed. (2007) at 1517 |

| No. | Claims | Claim Term or Phrase | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Plaintiff's Extrinsic and Intrinsic Evidence | Defendant's Extrinsic and Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | version having a different range of grays between white and black represented by different numerical values | | The Authoritative Dictionary of IEEE Standards Terms, 7th ed. (2000) at 488<br><br>McGraw-Hill Dictionary of Scientific and Technical Terms, 6th ed. (2003) at 926<br><br>Webster's New World Dictionary of Computer Terms, 7th ed. (1999) at 232<br><br>Wiley Electrical and Electronics Engineering Dictionary (2004) at 321<br><br>937 Patent at 2:22-30, 5:7-28, 5:39-64<br><br>Response at USF-0000165 |
| 6 | 1, 2 | predetermined illumination state | Plain and ordinary meaning: the greyscale values of a medical image established | Indefinite<br><br>If the Court elects to | Declarations and Testimony of Dr. Ehsan Samei and | There is no evidence supporting a clear and unambiguous |

| No. | Claims | Claim Term or Phrase | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Plaintiff's Extrinsic and Intrinsic Evidence | Defendant's Extrinsic and Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | in advance for a window on a monitor | construe this term: A range of grays between white and black established in advance for a version of an image and represented by different numerical values | Joe McAlexander 2: 18-30 4: 9-26 5: 1-19 FIG. 3, Steps 304-206 | construction of this term. In support of its position, BRIT cites to: Am. Heritage College Dictionary 4th ed. (2007) at 1097 937 Patent at 2:51-56, 4:9-26, 5:7-28, 5:39-64 Response at USF-0000165 |
| 7 | 1, 2 | control the illumination state | Plain and ordinary meaning: the ability of a user to adjust the luminance of a displayed image on a monitor | Indefinite If the Court elects to construe this term: Manually and dynamically adjust the numerical values for a range of grays between white and black in an image version | Declarations and Testimny of Dr. Ehsan Samei and Joe McAlexander 2: 16-30 2: 51-56 5: 39-50 FIGS 4-5 | There is no evidence supporting a clear and unambiguous construction of this term. In support of its position, BRIT cites to: 937 Patent at 2:51-56, 4:9-26, 5:7-28, 5:39-64 Response at USF-0000165 |

| No. | Claims | Claim Term or Phrase | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Plaintiff's Extrinsic and Intrinsic Evidence | Defendant's Extrinsic and Intrinsic Evidence |
|---|---|---|---|---|---|---|
| 8 | 2 | to display a mammogram image in a different form in each window with grayscale values that, along with the illumination characteristics of said monitor, appears to a user as a mammogram in each window under a predetermined illumination state | Capability to concurrently display on different windows of a display monitor (of specific characteristics of its own) different image versions of a single mammogram image, each image version having different greyscale values as dictated by the predetermined illumination state and the different displayed resolution formats | Indefinite<br><br>If the Court elects to construe this term:<br><br>Display concurrently on different windows of a display screen different image versions of a single mammogram image, each image version having a range of grays between white and black automatically assigned in advance to the image version and represented by different numerical values | Declarations and Testimonyof Dr. Ehsan Samei and Joe McAlexander<br><br>2: 14-30<br><br>2: 51-56<br><br>5: 39-54<br><br>FIGS 4-13 | There is no evidence supporting a clear and unambiguous construction of this term.  In support of its position, BRIT cites to:<br><br>Am. Heritage College Dictionary 4th ed. (2007) at 1097<br><br>The Authoritative Dictionary of IEEE Standards Terms, 7th ed. (2000) at 488<br><br>McGraw-Hill Dictionary of Scientific and Technical Terms, 6th ed. (2003) at 926<br><br>Webster's New World Dictionary of Computer Terms, 7th ed. (1999) at 232 |

| No. | Claims | Claim Term or Phrase | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Plaintiff's Extrinsic and Intrinsic Evidence | Defendant's Extrinsic and Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | | | Wiley Electrical and Electronics Engineering Dictionary (2004) at 321 <br><br> 937 Patent at FIG. 3, 2:22-30, 2:51-56, 4:9-26, 5:7-28, 5:39-64 <br><br> Response at USF-0000165 |
| 9 | 3 | digitized medical image | Plain and ordinary meaning:  an image of a portion of a human body in a digital format | Image of a patient's breast that has been produced by digitizing film of the breast image | Declarations and Testimony of Dr. Ehsan Samei and Joe McAlexander <br><br> 1: 26-30 <br><br> 2: 17-20 <br><br> 1: 33, 38 <br><br> TITLE <br><br> 2: 13-30 <br><br> 2: 51-56 <br><br> FIGS 4-13 <br><br> 3: 22-26 | Am. Heritage College Dictionary 4th ed. (2007) at 396 <br><br> The Authoritative Dictionary of IEEE Standards Terms, 7th ed. (2000) at 308 <br><br> McGraw-Hill Dictionary of Scientific and Technical Terms, 6th ed. (2003) at 607 |

| No. | Claims | Claim Term or Phrase | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Plaintiff's Extrinsic and Intrinsic Evidence | Defendant's Extrinsic and Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | | | | Webster's New World Dictionary of Computer Terms, 7th ed. (1999) at 156

Wiley Electrical and Electronics Engineering Dictionary (2004) at 193

Am. Heritage College Dictionary 4th ed. (2007) at 838

937 Patent at Title, Abstract, FIG. 4-13, 1:26-30, 1:33-59, 2:51-56, 4:9-26, 4:36-46, 4:60-5:28, 5:65-6:41, 6:46-53, 7:39-51

Response at USF-0000165 |
| 10 | 17 | System for analyzing | Plain and ordinary meaning: a computer system that provides the capability to analyze digital | System that facilitates a study or examination | Declarations and Testimony of Dr. Ehsan Samei and | Webster's Ninth New Collegiate Dictionary (1984) at 83 |

| No. | Claims | Claim Term or Phrase | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Plaintiff's Extrinsic and Intrinsic Evidence | Defendant's Extrinsic and Intrinsic Evidence |
|---|---|---|---|---|---|---|
| | | | mammogram images | | Joe McAlexander 4: 55-59 4: 62-63 5: 14-17 5: 21-27 5: 39-51 6: 55-57 | 937 Patent at Abstract, 1:26-30, 1:62-2:8, 2:45-56, 3:12-17, 4:48-52, 4:60-62, 6:55-59, 7:40-51 Response at USF-0000165 |
| 11 | 1, 2 | the digitized mammogram data having greyscale values corresponding to optical densities of the film mammogram image | Regardless of how the digital mammogram image is formed, i.e. from either direct digital or an x-ray film, the greyscale values of the image are substantially the same | the digitized images of the patient's breast having greyscale values that correspond to optical densities of the film images of the patient's breast | Declarations and Testimony of Dr. Ehsan Samei and Joe McAlexander 1: 65-67 4: 48-50 4: 9-26 4: 36-46 5: 19-23 | Am. Heritage College Dictionary 4th ed. (2007) at 396 The Authoritative Dictionary of IEEE Standards Terms, 7th ed. (2000) at 308, 488 McGraw-Hill Dictionary of Scientific and Technical Terms, 6th ed. (2003) at 607, 926, 1482 Webster's New World Dictionary of Computer Terms, 7th ed. |

| No. | Claims | Claim Term or Phrase | Plaintiff's Proposed Construction | Defendant's Proposed Construction | Plaintiff's Extrinsic and Intrinsic Evidence | Defendant's Extrinsic and Intrinsic Evidence |
|-----|--------|---------------------|-----------------------------------|------------------------------------|----------------------------------------------|-----------------------------------------------|
| | | | | | | (1999) at 156, 232 |
| | | | | | | Wiley Electrical and Electronics Engineering Dictionary (2004) at 193, 321, 534 |
| | | | | | | Am. Heritage College Dictionary 4th ed. (2007) at 838 |
| | | | | | | 937 Patent at FIG. 3, FIG. 5, 1:26-30, 2:13-20, 2:22-27, 2:51-56, 4:9-26, 4:36-46, 5:7-28, 5:39-51, 5:54-64 |
| | | | | | | Response at USF-0000165 |

**APPENDIX B**

## I. TERMS IN DISPUTE BY BOTH PARTIES[1]

| | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| 1 | 1 | means for transforming the digitized mammogram data into a plurality of varying-resolution forms, each form having different greyscale values | **Subject to 35 USC §112 ¶6**<br><br>(Not indefinite)<br><br>**Function**: transforming the digitized mammogram data into a plurality of varying-resolution forms, each form having different greyscale values<br><br>**Structure, Materials, or Acts**: A workstation processor 10, Figs. 1 and 2, and equivalents thereof, executing one or more instructions stored on a computer-readable storage medium of the workstation, the workstation processor 10, when executing the instructions, performing the processing algorithm of Figure 3, for example steps 304 – 306, and equivalents thereof, thereby changing the pixel sizes of binary information to form a plurality of varying forms each with | **Function:** transforming the digitized mammogram data into a plurality of varying-resolution forms, each form having different greyscale values<br><br>**Corresponding structure:** None disclosed.<br><br>Because there is no algorithm disclosed to perform the recited function, this claim term is indefinite. |

---

[1] Proffered by at least one party as Subject to 35 USC §112 ¶6.

| | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| | | | different greyscale values.<br><br>***Support***<br><br>UltraSPARC 2200, a dual-processor 200-MHZ system (FIGS. 1, 10), with 512-MB RAM running under the Solaris 2.5.1 operating system, 3:45-48;<br><br>Image manipulation software routines included in the XIL Imaging Library, 4: 28-32;<br><br>Fig. 3, Steps 304-306 (processing algorithm);<br><br>Fig. 4, *e.g.*, windows 41-44;<br><br>2:25-26;<br><br>3:38;<br><br>4:27-35, 40-46, 64 – 5:25;<br><br>5: 32-34, 39-51;<br><br>6:60-61;<br><br>7:3-8. | |

| | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| | | | Extrinsic Evidence<br><br>Declaration of Expert Joe McAlexander | |
| 2 | 1 | means for communicating with a monitor to display the plurality of forms, each form within a different window on the monitor, and each form having a predetermined illumination state corresponding to the greyscale values thereof | **Subject to 35 USC §112 ¶6**<br><br>(Not indefinite)<br><br>**Function**:<br><br>communicating with a monitor to display the plurality of forms, each form within a different window on the monitor, and each form having a predetermined illumination state corresponding to the greyscale values thereof<br><br>**Structure, Materials, or Acts**:<br>A workstation processor 10, Figures 1 and 2, and equivalents thereof, executing one or more instructions stored on a computer-readable storage medium of the workstation, the workstation processor 10, when executing the instructions, performing the processing | **Function:** communicating with a monitor to display the plurality of forms, each form within a different window on the monitor, and each form having a predetermined illumination state corresponding to the greyscale values thereof<br><br>**Corresponding structure:** None disclosed.<br><br>Because there is no algorithm disclosed to perform the recited function, this claim term is indefinite. |

| | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| | | | algorithm of Figure 3, for example, step 308, thereby causing the display of binary information having different illumination states in different monitor windows.<br><br>***Support***<br><br>UltraSPARC 2200, a dual-processor 200-MHZ system (FIGS. 1, 10), with 512-MB RAM running under the Solaris 2.5.1 operating system, 3:45-48;<br><br>Image manipulation software routines included in the XIL Imaging Library, 4: 28-32;<br><br>Figure 3, steps 307 and 308 disclose the display of different forms in different windows;<br><br>2: 27-30.<br><br>Extrinsic Evidence<br><br>Declaration of Expert Joe McAlexander | |

| | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| 3 | 1 | means for receiving from the user communication means a control instruction for changing an illumination state in a displayed form and for implementing the control instruction upon the displayed form, thereby permitting the user to control the illumination state of each displayed form | **Subject to 35 USC §112 ¶6**<br><br>(Not Indefinite)<br><br>**Function**:<br>receiving from the user communication means (*e.g.*, user I/O device) a control instruction for changing an illumination state in a displayed form and for implementing the control instruction upon the displayed form, thereby permitting the user to control the illumination state of each displayed form<br><br>**Structure, Materials, or Acts**:<br>A workstation processor 10, Figures 1 and 2, and its equivalents, receiving a control instruction by selection of one or more of buttons 402, and 404 – 406, and equivalents thereof, the workstation processor 10 executing the control instruction to implement step 308 of the processing algorithm of Figure 3, or its equivalents, to make greyscale adjustments to control | **Function:**<br>receiving from the user communication means a control instruction for changing an illumination state in a displayed form and for implementing the control instruction upon the displayed form, thereby permitting the user to control the illumination state of each displayed form<br><br>**Corresponding structure:**<br>None disclosed. |

| | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| | | | the illumination state of each displayed form. ***Support*** UltraSPARC 2200, a dual-processor 200-MHZ system (FIGS. 1, 10), with 512-MB RAM running under the Solaris 2.5.1 operating system, 3:45-48; 5:14-18: Processing algorithm of Figure 3, block 305, changing the grayscale range to match the dynamic range of the monitors (*e.g.*, 65,256 greyscale levels to 256 greyscale levels – 16 bits to 8 bits); 5:39–51: grayscale adjustments (Buttons 402, 404-406: Fig. 4); Processing algorithm of Figure 3, steps 305 explicitly states the original images are converted from 16 bits to 8 bits "for monitor" (i.e., for display to a user)); Buttons - Various "Buttons" are displayed | |

| | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| | | | in the GUI (graphical user interface) and can be used for image manipulation including grayscale (dynamic) resolution.  The Buttons may be selected by a user-operated device, such as the mouse 18 in Figure 2 (4:66 – 5:2); Buttons 404-406 in Figure 4; other Buttons are shown Figures 5 and 6.  In Figure 5, preview button 401 displays preview images (Figure 13 shows preview images).  In Figure 6, operation of Button 403 provides for display of a full image (at a low resolution) in window 61.  Button 402 in Figure 5; and buttons 402, 404, 405, 406 at 5:39-51; Image manipulation software routines included in the XIL Imaging Library, 4:28-32; The user sends signals to the processor by selecting items on the monitor with a mouse or the like, the items including Button 402 (as best shown in Figure 5) and adjustment | |

|  | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
|  |  |  | Buttons 404-406 (as shown in Figure 4);<br><br>4:66-5.2;5:29-32;<br><br>Furthermore, underlying hardware and software means for receiving control instructions from the user communication means (*e.g.*, keyboard and mouse) are known included components of the Sun Microsystems UltraSPARC 2200 system running the Solaris 2.5.1 operating system provided in the disclosure of the '937 Patent;<br><br>3:45-59, including Table 1.<br><br><u>Extrinsic Evidence</u><br><br>Declaration of Expert Joe McAlexander |  |
| 4 | 2 | said processor . . . being responsive to a signal from said input device to transfer digitized image data from said electronic storage medium to said monitor in a way that causes the | **Not Subject to § 112, ¶ 6**<br><br>A processor is a well-known term of art and the term is not indefinite. It is a device or mechanism | **Function:** transfer digitized image data from said electronic storage medium to said monitor in a way that causes the monitor to produce a display having a plurality of |

|  | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
|  |  | monitor to produce a display having a plurality of windows and to display a mammogram image in a different form in each window with grayscale values that, along with the illumination characteristics of said monitor, appears to a user as a mammogram in each window under a predetermined illumination state | (hardware and/or software (the software comprising instructions stored on a computer-readable storage medium)) that receives and executes instructions, such as the instructions of the processing algorithm of Figure 3 of the '937 Patent. ___**Support**___ Figures 1 and 2 (workstation processor 10) as described at 3:45-60, including Table 1; The computer including the computer readable storage medium is disclosed to implement the present invention is the UltraSPARC 2200, a dual processor 200-MHZ system (Figures 1, 10), with 512 MB RAM running under the Solaris 2.5.1 operating system,  3:45-48; Image manipulation software routines included in the XIL Imaging Library, 4: 28-32; | windows and to display a mammogram image in a different form in each window with grayscale values that, along with the illumination characteristics of said monitor, appears to a user as a mammogram in each window under a predetermined illumination state **Corresponding structure:** None disclosed. Because there is no algorithm disclosed to perform the recited function, this claim term is indefinite. |

| | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| | | | Extrinsic Evidence<br><br>IEEE Standard Dictionary of Electrical and Electronics Terms, Sixth Ed (12/10/1996)<br><br>Declaration of Expert Joe McAlexander<br><br>If determined to be **Subject to § 112, ¶ 6:**<br><br>(Not indefinite)<br><br>**Function:**<br>transfer digitized image data from said electronic storage medium to said monitor in a way that causes the monitor to produce a display having a plurality of windows and to display a mammogram image in a different form in each window with grayscale values that, along with the illumination characteristics of said monitor, appears to a user as a mammogram in each window under a predetermined illumination state | |

10

| | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| | | | **Structure, Materials, or Acts:**<br><br>A workstation processor 10, Figures 1 and 2, and equivalents thereof, executing one or more instructions stored on a computer-readable storage medium of the workstation, the workstation processor 10, when executing the instructions, performing the steps of the processing algorithm of Figure 3.<br><br>***Support***<br><br>UltraSPARC 2200, a dual-processor 200-MHZ system (FIGS. 1, 10), with 512-MB RAM running under the Solaris 2.5.1 operating system, 3:45-48;<br><br>Image manipulation software routines included in the XIL Imaging Library, 4: 28-32;<br><br>image storage device, *e.g.*, device 12 of Figs. 1 & 2; | |

| | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| | | | Fig. 3, steps 302 and 304 (preview images) and 304 (original images); | |
| | | | 2:17-20, 24-27; | |
| | | | 3:65 – 4:8, high capacity database storage; | |
| | | | 4:4, SPARC storage Library 12;<br>.<br>Fig. 3, steps 304-306 (processing algorithm); | |
| | | | Fig. 4, *e.g.*, windows 41-44; | |
| | | | 2:25-26; | |
| | | | 4:27-35, 40-46, 64 – 5:23; | |
| | | | 5:21-25, 32-34, 39-51 | |
| | | | 6:60-61; | |
| | | | 7:3-8; | |
| | | | The processing algorithm of Figure 3, steps 307 and 308, disclose the display of different forms in different windows; | |

| | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| | | | 2:20-27;<br><br>5:21–25 describe the spatial (pixel size) resolution component. The pixel sizes are changed by sub-sampling.  Images with different spatial resolutions are displayed in the four windows 41 – 44 of Figure 4 (41 and 42 are low resolution images of the entire view; 43 and 44 are partial views at high resolution).<br><br><br>Extrinsic Evidence<br><br>IEEE Standard Dictionary of Electrical and Electronics Terms, Sixth Ed (12/10/1996)<br><br>Declaration of Expert Joe McAlexander | |
| 5 | 2 | said processor being adapted to receive further input from said input device related to the mammogram image in a selected window, | **Not subject to § 112, ¶ 6**<br><br>A processor is a well-known term of art and the term is not indefinite. It is a device | **Function:** receive further input from said input device related to the mammogram image in a selected window, said further input from said input device |

| | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| | | said further input from said input device including input that selectively controls the grayscale values of the mammogram image in the selected window, thereby enabling an operator handling said input device to selectively control the illumination state with which the mammogram image in the selected window is displayed to the operator | or mechanism (hardware and/or software (stored on a computer-readable storage medium)) that receives and executes instructions, such as the instructions of the processing algorithm of Figure 3 of the '937 Patent, so defined with data to produce results.<br><br>***Support***<br><br>Figures 1 and 2 (workstation processor 10) as described at 3:45-60, including Table 1;<br><br>The computer including the computer readable storage medium is disclosed to implement the present invention is the UltraSPARC 2200, a dual processor 200-MHZ system (Figures 1, 10), with 512 MB RAM running under the Solaris 2.5.1 operating system, 3:45-48;<br><br>Image manipulation software routines included in the XIL Imaging Library, 4: 28-32. | including input that selectively controls the grayscale values of the mammogram image in the selected window, thereby enabling an operator handling said input device to selectively control the illumination state with which the mammogram image in the selected window is displayed to the operator<br><br>**Corresponding structure:** None disclosed.<br><br>Because there is no algorithm disclosed to perform the recited function, this claim term is indefinite. |

| | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| | | | <u>If determined to be subject to § 112, ¶ 6:</u><br><br>**(**Not indefinite)<br><br>**Function:**<br>receive further input from said input device related to the mammogram image in a selected window, said further input from said input device including input that selectively controls the grayscale values of the mammogram image in the selected window, thereby enabling an operator handling said input device to selectively control the illumination state with which the mammogram image in the selected window is displayed to the operator<br><br>**Structure, Materials, or Acts**:<br><br>A workstation processor 10, Figs. 1 and 2, and equivalents thereof, executing one or more instructions stored on a computer-readable storage medium of the workstation, the workstation processor | |

| | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| | | | 10, when executing the instructions, performing the processing algorithm of Figure 3 to receive user instructions from a user input device and make greyscale adjustments (to control the illumination state of each displayed form).<br><br>***Support***<br><br>UltraSPARC 2200, a dual-processor 200-MHZ system (FIGS. 1, 10), with 512-MB RAM running under the Solaris 2.5.1 operating system.  3:45-48<br><br>5:17 - block 305 of the processing algorithm of Figure 3, changing the grayscale range to match the dynamic range of the monitors (65,256 greyscale levels to 256 greyscale levels – 16 bits to 8 bits);<br><br>5:39–51  -  grayscale adjustments;<br><br>The processing algorithm of Figure 3, block 305 explicitly states the original images are converted | |

| | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| | | | from 16 bits to 8 bits "for the monitor");<br><br>Buttons - Various "Buttons" are displayed in the GUI and can be used for image manipulation including grayscale (dynamic) resolution.  The Buttons may be selected by a user-operated device, such as the mouse 18 in Figure 2 (4:66 – 5:2); Buttons 404-406 in Figure 4; other Buttons are shown Figures 5 and 6.  In Figure 5, preview button 401 displays preview images (Figure 13 shows preview images).  In Figure 6, operation of Button 403 provides for display of a full image (at a low resolution) in window 61.  Button 402 in Figure 5; and buttons 402, 404, 405, 406 at 5:39-51.;<br><br>Image manipulation software routines included in the XIL Imaging Library, 4: 28-32;<br><br>The user sends signals to the processor by selecting items on the monitor with a mouse or | |

| | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| | | | the like, the items including Button 402 (as best shown in Figure 5) and adjustment Buttons 404-406 (as shown in Figure 4); Furthermore, underlying hardware and software means for receiving control instructions from the user communication means (*i.e.*, keyboard and mouse), are known included components of the Sun Microsystems UltraSPARC 2200 system running the Solaris 2.5.1 operating system provided in the disclosure of the, 3:45-48, '937 Patent. 3:45-59, including Table 1. Extrinsic Evidence IEEE Standard Dictionary of Electrical and Electronics Terms, Sixth Ed (12/10/1996) Declaration of Expert Joe McAlexander | |

|  | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| 6 | 3 | means for establishing electronic communications with a processor for receiving a stored digitized medical image comprising data representative of a plurality of greyscale values. | **Subject to 35 USC §112 ¶6**<br><br>(Not Indefinite)<br><br>**Function**:<br>Establishing electronic communications with a processor for receiving a stored digitized medical image comprising data representative of a plurality of greyscale values<br><br>**Structure, Materials, or Acts**:<br>user input device(s) for selecting and recovering stored binary information of a human breast or another portion of a human body<br>(*e.g.*, mouse, keyboard)<br><br>**Support**<br><br>2:17-19;<br><br>4:64 – 5:2, mouse;<br><br>Figure 3, steps 301, 302, 304 – Menu selection, using, for example, a mouse; | **Function:**<br>Establishing electronic communications with a processor for receiving a stored digitized medical image comprising data representative of a plurality of greyscale values<br><br>**Corresponding structure:**<br>None disclosed.<br><br>Because there is no algorithm disclosed to perform the recited function, this claim term is indefinite. |

|  | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
|  |  |  | 5:7–20, user interacts with the program.<br><br>Extrinsic Evidence<br><br>Declaration of Expert Joe McAlexander |  |
| 7 | 3, 17 | means for receiving a signal from a user-operable device | **Subject to 35 USC §112 ¶6**<br><br>(Not indefinite)<br><br>**Function**:<br>receiving a signal from a user-operable device<br><br>**Structure, Materials, or Acts**:<br>A workstation processor 10, Figures 1 and 2, and equivalents thereof, executing one or more instructions stored on a computer-readable storage medium of the workstation, the workstation processor 10, when executing the instructions performing the processing algorithm of Figure 3, thereby recognizing and acting on signals from user input/output devices, such as a mouse | **Function:**<br>receiving a signal from a user operable device<br><br>**Corresponding structure:**<br>None disclosed.<br><br>Because there is no algorithm disclosed to perform the recited function, this claim term is indefinite. |

| | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| | | | ***Support***<br><br>UltraSPARC 2200, a dual-processor 200-MHZ system (FIGS. 1, 10), with 512-MB RAM running under the Solaris 2.5.1 operating system, 3:45-48;<br><br>"I/O" Block in Figure 1;<br><br>a mouse and keyboard is shown in Figure 2 that provides user input;<br><br>Processing algorithm of Figure 3, 4:28-33;<br><br>Buttons 404-406 as shown in Figure 4, which change the greyscale and gamma values when selected by the user input device;<br><br>402 in Figure 5 collectively refers to Buttons 404-406 which change the greyscale and gamma values; 4:64 – 5:2; 5:29-32 and 39-44.<br><br>Extrinsic Evidence<br><br>Declaration of Expert Joe McAlexander | |

| | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| | | | | |
| 8 | 3, 17 | means controllable by a signal from the user-operable device for transforming the image into a plurality of varying-resolution forms, each form having a different set of greyscale values | **<u>Subject to 35 USC §112 ¶6</u>**<br><br>(Not indefinite)<br><br>**Function:**<br>transforming the image into a plurality of varying-resolution forms<br>**Structure, Materials, or Acts:**<br>A workstation processor 10, Figures 1 and 2, and equivalents thereof, executing one or more instructions stored on a computer-readable storage medium of the workstation, the workstation processor 10, when executing the instructions, performing the processing algorithm of Figure 3, thereby changing the pixel sizes of binary information to form a plurality of varying forms each with different greyscale based on signals from user input devices<br><br>**_<u>Support</u>_**<br><br>UltraSPARC 2200, a dual-processor 200- | **Function:**<br>transforming the image into a plurality of varying-resolution forms<br><br>**Corresponding structure:**<br>None disclosed.<br><br>Because there is no algorithm disclosed to perform the recited function, this claim term is indefinite. |

|  | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
|  |  |  | MHZ system (FIGS. 1, 10), with 512-MB RAM running under the Solaris 2.5.1 operating system, 3:45-48;<br><br>Fig. 3, Steps 304-306 (processing algorithm);<br><br>Fig. 4, *e.g.*, windows 41-44;<br><br>2:20-27;<br><br>4:27-35, 40-46, 64 – 5:23;<br><br>5:21-25, 32-34, 39-51, 60-64;<br><br>6:60-61;<br><br>7:1-8.<br><br>Extrinsic Evidence<br><br>Declaration of Expert Joe McAlexander |  |
| 9 | 3 | means for displaying the forms on the display means, each form displayed within a different sector of the display means | **Subject to 35 USC §112 ¶6**<br><br>(Not indefinite)<br><br>**Function:** | Function:<br>displaying the forms on the display means, each form displayed within a different sector of the display means |

| | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| | | | displaying the forms on the display means (*e.g.*, monitors), each form in a different sector (window)<br><br>**Structure, Materials, or Acts**:<br>A workstation processor 10, Figures 1 and 2, and equivalents thereof, executing one or more instructions stored on a computer-readable storage medium of the workstation, the workstation processor 10, when executing the instructions, performing the processing algorithm of Figure 3, step 308, causing the display of binary information in different spatial resolutions in different monitor windows<br><br>***Support***<br><br>UltraSPARC 2200, a dual-processor 200-MHZ system (FIGS. 1, 10), with 512-MB RAM running under the Solaris 2.5.1 operating system, 3:45-48;<br><br>Processing algorithm of Figure 3; | **Corresponding structure:** None disclosed.<br><br>Because there is no algorithm disclosed to perform the recited function, this claim term is indefinite. |

| | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| | | | Steps 301, 308, 310, 313 (processing algorithm) in Figure 3; 2:27-30; 4:18-21 and 28-35; and Buttons in Figures 4-8 5:2-28. Extrinsic Evidence Declaration of Expert Joe McAlexander | |
| 10 | 17 | means for displaying a first form on the first monitor and a second form on the second monitor | **Subject to 35 USC §112 ¶6** (Not indefinite) **Function**: displaying a first form on the first monitor and a second form on the second monitor **Structure, Materials, or Acts**: A workstation processor 10, Figures 1 and 2, and equivalents thereof, executing one or more | **Function:** displaying a first form on the first monitor and a second form on the second monitor **Corresponding structure:** None disclosed. Because there is no algorithm disclosed to perform the recited function, this claim term is indefinite. |

| | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| | | | instructions stored on a computer-readable storage medium of the workstation , the workstation processor 10, when  executing instructions, performing the processing algorithm of Figure 3, and hardware (display driver) operative to display a first form on a first monitor and a second from on a second monitor<br><br>***Support***<br>UltraSPARC 2200, a dual-processor 200-MHZ system (FIGS. 1, 10), with 512-MB RAM running under the Solaris 2.5.1 operating system, 3:45-48;<br><br>Processing algorithm of Figure 3, including steps 303 and 308;<br><br>Monitors 14 and 16;<br><br>Figures 1 and 2;<br><br>4:18-35 and 60-62; and<br><br>5:2-13.<br><br>Extrinsic Evidence | |

| | '937 Patent Claim(s) | Disputed Term | USFRF's Proposed Construction | BRIT's Proposed Construction |
|---|---|---|---|---|
| | | | Declaration of Expert Joe McAlexander | |