# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

UNIVERSITY OF SOUTH FLORIDA
RESEARCH FOUNDATION, INC.,

      Plaintiff,

Case No. 3:18-CV-0250-K

vs.

BRIT SYSTEMS, INC.,

      Defendant.

_____/

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE UNTIMELY EXPERT DECLARATIONS [DKT. 144]**

**APPENDIX**

| DOCUMENT | PAGE |
|---|---|
| Declaration of John A. Artz | APP. 001-002 |
| Exhibit A to Declaration of John A. Artz | APP. 003-010 |

Dated:  October 22, 2018

Respectfully Submitted,

*/s/ Jonathan R. Patton*

John A. Artz (Admitted Pro Hac Vice)
Michigan Bar No: P24679
John S. Artz (Admitted Pro Hac Vice)
Michigan Bar No: P48578)
Franklin M. Smith (Admitted Pro Hac Vice)
Michigan Bar No: P76987
DICKINSON WRIGHT PLLC
2600 W. Big Beaver Rd., Suite 300
Troy, Michigan 48084
(248) 433-7200 - Telephone
(844) 670-6009 - Fax

jartzsr@dickinsonwright.com
jsartz@dickinsonwright.com
fsmith@dickinsonwright.com

Steven A. Caloiaro (Admitted Pro Hac Vice)
Nevada Bar. No. 12344
DICKINSON WRIGHT PLLC
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
scaloiaro@dickinsonwright.com

Jeffrey M. Tillotson
Texas Bar No. 20039200
Jonathan R. Patton
Texas Bar No. 24088198
TILLOTSON LAW
750 N. Saint Paul, Suite 600
Dallas, TX 75201
(214) 382-3041 Telephone
(214) 501-0731 Facsimile

*COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed electronically and served on all counsel of record on October 22, 2018 via the Court's ECF system.

                               */s/ Jonathan R. Patton*
                               Jonathan R. Patton

RENO 64202-4 34002v1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

UNIVERSITY OF SOUTH FLORIDA
RESEARCH FOUNDATION, INC.,

      Plaintiff,

v.

BRIT SYSTEMS, INC.,

      Defendant.

Case No. 3:18-CV-0250-K

**DECLARATION OF JOHN A. ARTZ IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO STRIKE UNTIMELY EXPERT DECLARATIONS [DKT. 144]**

I, John A. Artz, declare as follows:

1. I am over the age of 18 years old. I have personal knowledge of the matters set forth in this Declaration and, if called upon to do so, can competently testify thereto.

2. I am an attorney with the law firm of Dickinson Wright PLLC, which is counsel for Plaintiff University of South Florida Research Foundation ("Plaintiff" or "USFRF") in the above-captioned action.

3. Attached hereto as Exhibit A is a true and correct copy of an email thread between counsel for Plaintiff and counsel for Defendant, dating from September 20, 2018 to September 28, 2018..

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 22, 2018

> */s/ John A. Artz*
> John A. Artz (Admitted *Pro Hac Vice*)
> Michigan Bar No: P24679
> DICKINSON WRIGHT PLLC
> 2600 W. Big Beaver Rd., Suite 300
> Troy, Michigan 48084
> (248) 433-7200
> (844) 670-6009 - Fax
> jartzsr@dickinsonwright.com

# EXHIBIT A

# EXHIBIT A

| | |
|---|---|
| **From:** | Jackson, John <jjackson@jw.com> |
| **Sent:** | Friday, September 28, 2018 6:45 AM |
| **To:** | Franklin M. Smith |
| **Cc:** | John S. Artz; John Artz Sr.; Steven A. Caloiaro; Latham, Bob; Borrelli, Sara K.; Collins, Pam; Lopez, Yolanda; john harrop (harrop@vapatent.com) (harrop@vapatent.com); Karen A. Hopf |
| **Subject:** | RE: USFRF v. BRIT- meet and confer requested |

Franklin:

Thanks for your email. We disagree with your analysis concerning Mr. McAlexander. And as mentioned below, we do not want to delay the claim construction briefing any further.

Regards,
John

---

**From:** Franklin M. Smith
**Sent:** Monday, September 24, 2018 4:00 PM
**To:** Jackson, John
**Cc:** John S. Artz ; John Artz Sr. ; Steven A. Caloiaro ; Latham, Bob ; Borrelli, Sara K. ; Collins, Pam ; Lopez, Yolanda ; john harrop (harrop@vapatent.com) (harrop@vapatent.com) ; Karen A. Hopf
**Subject:** RE: USFRF v. BRIT- meet and confer requested

John,

Thank you for the prompt response.

To be clear, Mr. McAlexander is a person having ordinary skill in the art of the '937 Patent as reflected in his declaration and accompanying materials. For example, we direct your attention to ¶5 of Mr. McAlexander's declaration, which provides that he holds a degree in electrical engineering and has relevant work experience in "communication of high resolution images and corresponding image information for display and evaluation." Mr. McAlexander's education and work experience tracks the requirements set forth in ¶13 of Dr. Samei's declaration.

Brit has been in possession of Mr. McAlexander's curriculum vitae since August 10th. Significantly, at no point prior to receiving USFRF's opening claim construction brief has Brit asserted Mr. McAlexander is not a person of ordinary skill in the art or that his testimony is objectionable. In a good faith attempt to accommodate Brit's concerns raised below, USFRF offered, during the parties' September 21st meet-and-confer, to produce Mr. McAlexander for a deposition. Now, for the first time, you inform us that both you and Mr. Latham are traveling all week and are unable to depose Mr. McAlexander prior to the responsive briefing deadline.

In a further attempt to accommodate your schedule and minimize delay in the parties' responsive briefing, we are willing to jointly extend briefing deadlines one additional week to permit a deposition of Mr. McAlexander at a mutually agreeable time and place next week. To the extent Brit objects to Mr. McAlexander's qualifications we invite you to take his deposition and inquire into his relevant experience.

Regards,

Frank

*For docketing purposes of patent & trademark matters only*, please add the appropriate email of dwpatents@dickinsonwright.com or dwtrademarks@dickinsonwright.com to any emails being sent to our office. Thank you.

**Franklin M. Smith** Attorney

| | | |
|---|---|---|
| 2600 W. Big Beaver Rd.<br>Suite 300<br>Troy MI 48084 | Phone | 248-433-7393 |
| | Fax | 844-670-6009 |
| | Email | FSmith@dickinsonwright.com |



---

**From:** Jackson, John <jjackson@jw.com>
**Sent:** Monday, September 24, 2018 9:09 AM
**To:** John S. Artz <JSArtz@dickinson-wright.com>; Steven A. Caloiaro <SCaloiaro@dickinson-wright.com>; Latham, Bob <blatham@jw.com>; Borrelli, Sara K. <sborrelli@jw.com>; Collins, Pam <pcollins@jw.com>; Lopez, Yolanda <ylopez@jw.com>
**Cc:** Franklin M. Smith <FSmith@dickinson-wright.com>; 'harrop@vapatent.com' <harrop@vapatent.com>
**Subject:** RE: USFRF v. BRIT- meet and confer requested

John:

Thanks for your email. We disagree that Mr. McAlexander was not required to meet the skill requirement. His testimony is objectionable on that basis and that cannot be cured with a deposition.

In addition, while we appreciate you offering to make the experts available for deposition this week as a potential compromise, we are not able to accept that proposal for at least the following reasons: (1) both Bob Latham and I are traveling for business all week and are thus not available to take the deposition as offered; (2) Mr. McAlexander's failure to meet the skill requirement could not be cured by deposition; and (3) our claim construction response brief is due on Monday and we do not want to further delay the briefing schedule, which has already been pushed back considerably.

Regards,
John

---

**From:** John S. Artz <JSArtz@dickinson-wright.com>
**Sent:** Friday, September 21, 2018 1:29 PM
**To:** Jackson, John <jjackson@jw.com>; Steven A. Caloiaro <SCaloiaro@dickinson-wright.com>; Latham, Bob <blatham@jw.com>; Borrelli, Sara K. <sborrelli@jw.com>; Collins, Pam <pcollins@jw.com>; Lopez, Yolanda <ylopez@jw.com>
**Cc:** Franklin M. Smith <FSmith@dickinson-wright.com>; 'harrop@vapatent.com' <harrop@vapatent.com>
**Subject:** RE: USFRF v. BRIT- meet and confer requested

APP. 005

John,

Dr. Samei was providing the skill for a POSA to identify the plain and ordinary meaning of the claim terms at issue. Mr. McAlexander was not offering an opinion as to the plain and ordinary meaning of the terms and therefore does not need to meet the skill requirement.

Best,




*For docketing purposes of patent & trademark matters only*, please add the appropriate email of dwpatents@dickinsonwright.com or dwtrademarks@dickinsonwright.com to any emails being sent to our office. Thank you.


**John S. Artz** Practice Group Chair - IP Litigation

| 2600 W. Big Beaver Rd.<br>Suite 300<br>Troy MI 48084 | Phone | 248-433-7262 |
|---|---|---|
| | Mobile | 248-761-0339 |
| | Fax | 844-670-6009 |
| | Email | JSArtz@dickinsonwright.com |



---

**From:** Jackson, John <jjackson@jw.com>
**Sent:** Friday, September 21, 2018 1:35 PM
**To:** Steven A. Caloiaro <SCaloiaro@dickinson-wright.com>; Latham, Bob <blatham@jw.com>; Borrelli, Sara K. <sborrelli@jw.com>; Collins, Pam <pcollins@jw.com>; Lopez, Yolanda <ylopez@jw.com>
**Cc:** John S. Artz <JSArtz@dickinson-wright.com>; John S. Artz <JSArtz@dickinson-wright.com>; Franklin M. Smith <FSmith@dickinson-wright.com>; 'harrop@vapatent.com' <harrop@vapatent.com>
**Subject:** RE: USFRF v. BRIT- meet and confer requested

Dear all:

Thanks for the call today. As discussed, we will consider your offer and get back to you in the near future. In the meantime, however, could you please let us know how Mr. McAlexander satisfies the work requirement for a person of ordinary skill in the art under Dr. Samei's definition? I neglected to ask that during the call.

Regards,
John

---

**From:** Steven A. Caloiaro <SCaloiaro@dickinson-wright.com>
**Sent:** Thursday, September 20, 2018 7:15 PM
**To:** Jackson, John <jjackson@jw.com>; Latham, Bob <blatham@jw.com>; Borrelli, Sara K. <sborrelli@jw.com>; Collins, Pam <pcollins@jw.com>; Lopez, Yolanda <ylopez@jw.com>

**Cc:** John S. Artz <JSArtz@dickinson-wright.com>; John S. Artz <JSArtz@dickinson-wright.com>; Franklin M. Smith <FSmith@dickinson-wright.com>; 'harrop@vapatent.com' <harrop@vapatent.com>
**Subject:** RE: USFRF v. BRIT- meet and confer requested

John,

Can we push this to 1:00 eastern?

**Steven A. Caloiaro** Of Counsel

| 100 West Liberty Street<br>Suite 940<br>Reno NV 89501-1991 | Phone | 775-343-7506 |
| --- | --- | --- |
| | Fax | 844-670-6009 |
| | Email | SCaloiaro@dickinsonwright.com |



DICKINSON WRIGHT PLLC
ARIZONA  CALIFORNIA  FLORIDA  KENTUCKY  MICHIGAN  NEVADA  OHIO
TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO

---

**From:** Jackson, John <jjackson@jw.com>
**Sent:** Thursday, September 20, 2018 1:48 PM
**To:** Steven A. Caloiaro <SCaloiaro@dickinson-wright.com>; Latham, Bob <blatham@jw.com>; Borrelli, Sara K. <sborrelli@jw.com>; Collins, Pam <pcollins@jw.com>; Lopez, Yolanda <ylopez@jw.com>
**Cc:** John S. Artz <JSArtz@dickinson-wright.com>; John S. Artz <JSArtz@dickinson-wright.com>; Franklin M. Smith <FSmith@dickinson-wright.com>; 'harrop@vapatent.com' <harrop@vapatent.com>
**Subject:** RE: USFRF v. BRIT- meet and confer requested

Will do. Thanks.

**From:** Steven A. Caloiaro <SCaloiaro@dickinson-wright.com>
**Sent:** Thursday, September 20, 2018 3:45 PM
**To:** Jackson, John <jjackson@jw.com>; Latham, Bob <blatham@jw.com>; Borrelli, Sara K. <sborrelli@jw.com>; Collins, Pam <pcollins@jw.com>; Lopez, Yolanda <ylopez@jw.com>
**Cc:** John S. Artz <JSArtz@dickinson-wright.com>; John S. Artz <JSArtz@dickinson-wright.com>; Franklin M. Smith <FSmith@dickinson-wright.com>; 'harrop@vapatent.com' <harrop@vapatent.com>
**Subject:** RE: USFRF v. BRIT- meet and confer requested

Mr. Jackson,

We propose a call at 11:30 central. Please call 1-877-211-3621 and enter code 4651418544.

Best,

Steven


**Steven A. Caloiaro** Of Counsel

| | | |
|---|---|---|
| 100 West Liberty Street | Phone | 775-343-7506 |
| Suite 940 | Fax | 844-670-6009 |
| Reno NV 89501-1991 | Email | SCaloiaro@dickinsonwright.com |

[Profile]  [V-Card]

**DICKINSON WRIGHT** PLLC
ARIZONA  CALIFORNIA  FLORIDA  KENTUCKY  MICHIGAN  NEVADA  OHIO
TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO

---

**From:** Jackson, John <jjackson@jw.com>
**Sent:** Thursday, September 20, 2018 10:57 AM
**To:** Steven A. Caloiaro <SCaloiaro@dickinson-wright.com>; Latham, Bob <blatham@jw.com>; Borrelli, Sara K. <sborrelli@jw.com>; Collins, Pam <pcollins@jw.com>; Lopez, Yolanda <ylopez@jw.com>
**Cc:** John S. Artz <JSArtz@dickinson-wright.com>; John S. Artz <JSArtz@dickinson-wright.com>; Franklin M. Smith <FSmith@dickinson-wright.com>; 'harrop@vapatent.com' <harrop@vapatent.com>
**Subject:** RE: USFRF v. BRIT- meet and confer requested

Steven:

Thanks for your email. We did complain about the lack of disclosure in the JCCPS ("To date, Plaintiff has not disclosed its expert testimony to Defendant other than at the very high level set forth above."). This objection was also the basis for our opposition to Plaintiff's motion for a claim construction hearing.

In any event, BRIT can be available for a meet and confer tomorrow between 10:30 am and 3:00 pm Central.

Regards,
John

---

**From:** Steven A. Caloiaro <SCaloiaro@dickinson-wright.com>
**Sent:** Thursday, September 20, 2018 12:49 PM
**To:** Jackson, John <jjackson@jw.com>; Latham, Bob <blatham@jw.com>; Borrelli, Sara K. <sborrelli@jw.com>; Collins, Pam <pcollins@jw.com>; Lopez, Yolanda <ylopez@jw.com>
**Cc:** John S. Artz <JSArtz@dickinson-wright.com>; John S. Artz <JSArtz@dickinson-wright.com>; Franklin M. Smith <FSmith@dickinson-wright.com>; 'harrop@vapatent.com' <harrop@vapatent.com>
**Subject:** USFRF v. BRIT- meet and confer requested

Mr. Jackson,

I write in response to your September 19 email requesting a meet and confer to discuss your objections to our expert's declarations. Procedurally, we disagree with the premise that our expert's declarations were untimely because they were disclosed in the Joint Claim Construction Prehearing statement. As indicated in the document, Dr. Samei provided his opinion as to the plain and ordinary meaning of the terms at issue, and Mr. McAlexander rebutted your allegations of indefiniteness. You could have objected to the disclosure at the time of the joint claim construction statement filing, or alternatively sought to depose them to better understand their positons, yet you neglected to do both. Substantively, if you disagree with the persuasiveness, usefulness, or the importance of the experts' testimony, the proper place to raise these issues is your reply, not in a separate motion.

Nevertheless, we are willing to meet and confer to discuss these issues tomorrow, Friday, September 21. Please provide some available times and we will circulate a call-in number.

Best,

Steven

**Steven A. Caloiaro** Of Counsel

| | | |
|---|---|---|
| 100 West Liberty Street | Phone | 775-343-7506 |
| Suite 940 | Fax | 844-670-6009 |
| Reno NV 89501-1991 | Email | SCaloiaro@dickinsonwright.com |



The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.

The information contained in this e-mail, including any attachments, is confidential, intended only for the named recipient(s), and may be legally privileged. If you are not the intended recipient, please delete the e-mail and any attachments, destroy any printouts that you may have made and notify us immediately by return e-mail.

Neither this transmission nor any attachment shall be deemed for any purpose to be a "signature" or "signed" under any electronic transmission acts, unless otherwise specifically stated herein. Thank you.