UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **UNIVERSITY OF SOUTH FLORIDA RESEARCH FOUNDATION, INC.,**<br><br>    Plaintiff,<br><br>vs.<br><br>**BRIT SYSTEMS, INC.,**<br><br>    Defendant. | Civil Action No.: 3:18-cv-00250-K |

## DEFENDANT BRIT SYSTEMS, INC.'S NOTICE OF DISCLOSURE OF EXPERT WITNESSES

Pursuant to Rule 26(a)(2)(a) of the Federal Rules of Civil Procedure and the Court's Scheduling Order [Dkt. No. 101], Defendant, BRIT Systems, Inc. ("Defendant"), hereby designates the following expert witnesses to testify at trial:

1.  Richard Lee, CPA, ABV, ASA
    Managing Director
    Alix Partners
    2101 Cedar Springs Rd. Ste. 1100
    Dallas, TX 75201

2.  David Alexander Clunie
    Proprietor
    PixelMed Publishing
    Bangor, PA

3.  Alan Hardy Rowberg, M.D.
    2324 Eastlake Ave. E. Ste., 500
    Seattle, WA 98102

---

**DEFENDANT BRIT SYSTEMS, INC.'S NOTICE OF DISCLOSURE OF EXPERT WITNESSES - 1**

Dated:  November 1, 2018	Respectfully submitted,

By: */s/ John M. Jackson*
Robert P. Latham
Texas State Bar No. 11975500
blatham@jw.com
John M. Jackson
Texas State Bar No. 24002340
jjackson@jw.com
Sara K. Borrelli
Texas State Bar No. 24037705
sborrelli@jw.com
JACKSON WALKER, LLP
2323 Ross Avenue, Suite 600
Dallas, TX  75201
214-953-6000
Fax: 214-953-5822

*Attorneys for Defendant BRIT Systems, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 1st day of November 2018.

*/s/ John M. Jackson*
John M. Jackson