**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

UNIVERSITY OF SOUTH FLORIDA
RESEARCH FOUNDATION, INC.,

       Plaintiff,

vs.

BRIT SYSTEMS, INC.,

       Defendant.

                                          /

Case No. 3:18-CV-0250-K

**PLAINTIFF UNIVERSITY OF SOUTH FLORIDA RESEARCH FOUNDATION, INC.'S
NOTICE OF DISCLOSURE OF EXPERT WITNESSES**

Pursuant to Rule 26(a)(2)(a) of the Federal Rules of Civil Procedure and the Court's Scheduling Order (Dkt. No. 101), Plaintiff University of South Florida Research Foundation, Inc., hereby designates the following expert witnesses to testify at trial:

1. Ehsan Samei, Ph.D.
   Duke University
   2424 Erwin Road, Suite 302
   Chapel Hill, NC  27514

2. Mr. Joseph McAlexander
   McAlexander Sound, Inc.
   Woodcreek Plaza
   101 W. Renner Road, Suite 350
   Richardson, TX  75082-2016

3. Kevin T. McRoy
   Stout Risius Ross, LLC
   One South Wacker Drive, 38th Floor
   Chicago, IL 60606

4. Michael H. Chase, CPA
   Alvarez & Marsal Disputes and Investigations, LLC
   1000 Town Center, Suite 750
   Southfield, Michigan 48075

5. Gregory Pinsonneault
   LitiNomics, Inc.
   200 Pringle Avenue, Suite 325
   Walnut Creek, CA  94596

Dated: November 1, 2018                        Respectfully Submitted,

                                       */s/ John A. Artz*
                                       John A. Artz (Admitted *Pro Hac Vice*)
Michigan Bar No: P24679
John S. Artz (Admitted *Pro Hac Vice*)
Michigan Bar No: P48578)
Franklin M. Smith (Admitted *Pro Hac Vice*)
Michigan Bar No: P76987
DICKINSON WRIGHT PLLC
2600 W. Big Beaver Rd., Suite 300
Troy, Michigan 48084
jartzsr@dickinsonwright.com
jsartz@dickinsonwright.com
fsmith@dickinsonwright.com

Steven A. Caloiaro (Admitted *Pro Hac Vice*)
Nevada Bar. No. 12344
DICKINSON WRIGHT PLLC
100 W. Liberty Street, Suite 940
Reno, Nevada 89501
scaloiaro@dickinsonwright.com

Jeffrey M. Tillotson
Texas Bar No. 20039200
Jonathan R. Patton
Texas Bar No. 24088198
TILLOTSON LAW
750 N. Saint Paul, Suite 600
Dallas, TX 75201
(214) 382-3041 Telephone
(214) 501-0731 Facsimile

*COUNSEL FOR USFRF*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically and served on all counsel of record on November 1, 2018 via the Court's ECF system.

*/s/ John A. Artz*
John A. Artz